UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| JILLIAN STANDIFUR ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **CIVIL ACTION NO.** |
| V. ) | **7:13-93-ART** |
| ) | |
| ) | |
| ENCORE CAPITAL GROUP, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Comes now the Plaintiff, Jillian Standifur, through undersigned counsel, and hereby notifies the Court that the parties have reached a resolution to all matters herein. The parties have attached hereto a proposed settlement order, discontinuing this matter with prejudice.

Respectfully submitted, this the 20th day of November, 2013.

/s/Noah R. Friend
Noah R. Friend Law Firm, PLLC
P.O. Box 610
Pikeville, KY 41502
Phone: (606) 369-7030
Fax: (502) 716-6158
noah@friendlawfirm.com
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing was served via the Court's ECF system on November 20, 2013.

Reid S. Manley
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
rmanley@burr.com

Attorney for Defendants
ENCORE CAPITAL GROUP, INC.,
MIDLAND CREDIT MANAGEMENT, INC. AND MIDLAND FUNDING, LLC

David A. Trevey & Kyle Matthew Virgin
Fulkerson Kinkel Marrs, PLLC
239 N. Broadway
Lexington, KY 40507
dtrevey@fulkersonkinkel.com
kvirgin@fulkersonkinkel.com

Attorneys for Defendant
MORGAN & POTTINGER

/s/ Noah R. Friend
Noah R. Friend
*Counsel for Plaintiff*