UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| JILLIAN STANDIFUR,            )<br>                              )<br>     Plaintiff,              )<br>                              )<br>v.                            )<br>                              )<br>ENCORE CAPITAL GROUP, INC., et al.,  )<br>                              )<br>     Defendants.             )<br>                              ) | Civil No. 13-93-ART<br><br>**ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

The plaintiff, Jillian Standifur, has informed the Court that the parties have reached a settlement of all claims in this case.  *See* R. 11.  Accordingly, it is **ORDERED** that:

(1) This case is discontinued with prejudice but without costs and **STRICKEN** from the Court's active docket, all pending motions are **DENIED AS MOOT**, and all scheduled hearings are **CANCELLED**.

(2) The Court retains jurisdiction over this case until **Friday, December 20, 2013**.  *See* Memorandum Opinion and Order, *Asher v. Unarco Material Handling, Inc.*, No. 06-548-ART, 2012 WL 3912761 (E.D. Ky. Sept. 7, 2012).  After that date, the Court will no longer have jurisdiction over the case.

(a) If the parties cannot consummate the settlement by the deadline terminating jurisdiction, then any party may move **by December 20, 2013**, to restore the case to the Court's calendar.

      (b)      The Court will consider signing and filing in the record an agreed order of dismissal filed by the parties **so long as the agreed order is filed by December 20, 2013** and meets with the Court's approval.

This the 21st day of November, 2013.

Signed By:
*Amul R. Thapar* AT
United States District Judge